UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|   |   |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

LaKollier R. Cleveland v. Bayer Corp., et al.     No. 09-cv-20027-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 2, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2015.12.03
15:52:26 -06'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT